Submitted on motion to dismiss appeal. Motion allowed June 4, 1929.

NORTH PACIFIC MORTGAGE CO. *v.* ALICE WYLBERG.

(278 Pac. 82.)

For the motion, *Mr. John Van Zante* and *Mr. Albert H. Tanner.*

*Contra, Mr. C. F. Pruess.*

PER CURIAM.—This comes on to be heard on a motion to dismiss the appeal. The notice of appeal was served on the eighteenth day of February, 1928. No undertaking was ever given nor has any tran-

script ever been filed in this court. The appeal was never perfected. The attempted appeal has been abandoned. The attempted appeal is dismissed.

BROWN, J., did not participate in this opinion.